**Order entered March 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01492-CV

**DAMION ELLIS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KAYON ANTHONY ELLIS, DECEASED, Appellant**

**V.**

**LINDA DELWOOD, M.D., SOUTH TEXAS DENTAL ASSOCIATES, INC., D/B/A SOUTH TEXAS DENTAL CLINIC, BRANDON DAHL, DDS, AND RUSSEL TAKASHI CHOY, DDS, AND PARK CENTAL SURGICAL CENTER, LTD., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-05739**

## ORDER

Both the clerk's record and the reporter's record in this case are overdue. By postcard dated December 27, 2018, we notified the Dallas County District Clerk that the clerk's record was overdue and directed her to file the clerk's record within thirty days. Also by postcard dated December 27, 2018, we notified Vielica Dobbins, Official Court Reporter for the 193rd Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. On January 15, 2019, in response to our inquiry regarding the clerk's record, appellant provided the Court with proof of payment for the clerk's record. Ms. Dobbins has failed to respond to our notice regarding the reporter's record.

Accordingly, this Court **ORDERS** Felicia Pitre, Dallas County District Clerk, to file the clerk's record **TEN DAYS** of the date of this order.

We also **ORDER** Ms. Dobbins, Official Court Reporter for the 193rd Judicial District Court, to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; or (2) written verification that appellant has not paid for or made arrangements to pay for the reporter's record and that appellant has not been found entitled to proceed without payment of costs. *We notify appellant that if we receive verification he has not paid for or made arrangements to pay for the reporter's record and has not been found entitled to proceed without payment of costs, we will order the appeal submitted without the reporter's record.* See Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Felicia Pitre
Dallas County District Clerk

Vielica Dobbins
Official Court Reporter
193rd Judicial District Court

Bridgett Whitmore
Presiding Judge
193rd Judicial District Court

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE